# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE L.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:23-cv-01147-GJL

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this matter be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. Judgment for Plaintiff and the case is closed.

Dated this 10th day of May, 2024.

R‍AVI S‍UBRAMANIAN
Clerk

 s/Kelly A Miller
Deputy Clerk